# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00889-CV

**Renegade Well Services, LLC, Appellant**

**v.**

**JB Petro Services, Inc. d/b/a Oliver Brown Oil, Appellee**

### FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. B190176C, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Joint Motion

Filed: January 17, 2020